IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT JOHN WILBUR,

    Plaintiff,

v.

STEVON PATTERSON,

    Defendants.

ORDER

Case No. 24-cv-825-jdp

---

    Plaintiff Robert John Wilbur recently filed a proposed civil complaint in the Eastern District of Wisconsin and the case was transferred to this court. Plaintiff had also filed a request for leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit a certified trust fund account statement no later than December 12, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Robert John Wilbur may have until December 12, 2024 to submit a certified trust fund account statement for the period beginning approximately May 20, 2024 and ending approximately November 20, 2024. If plaintiff fails to respond to this

order by December 12, 2024, then I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 20th day of November, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge